GABRIEL M. RAMSEY (STATE BAR NO. 209218)
gramsey@orrick.com
JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

MICHAEL C. TU (STATE BAR NO. 186793)
mtu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:   +1-213-629-2020
Facsimile:   +1-213-612-2433

Attorneys for Plaintiffs
OOO Brunswick Rail Management and
Brunswick Rail Group Limited

FILED
JAN 04 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing
ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CV 17000017 NC

| | |
|---|---|
| OOO BRUNSWICK RAIL MANAGEMENT, a Russian limited liability company, and BRUNSWICK RAIL GROUP LIMITED, a Bermuda company,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD SULTANOV and PAUL OSTLING, individuals,<br><br>Defendants. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES [LOCAL RULE 3-5 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1]** |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATION OF INTERESTED ENTITIES
[LOCAL RULE 3-5 AND FEDERAL RULE OF CIVIL
PROCEDURE 7.1]

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. OOO Brunswick Rail Management
2. Brunswick Rail Group Limited
3. Richard Sultanov
4. Paul Ostling
5. American International Group, Inc.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1, the undersigned further states, on behalf of OOO Brunswick Rail Management, that Brunswick Rail Group Limited (Cyprus) owns more than 10% of OOO Brunswick Rail Management. Brunswick Rail Group Limited (Bermuda) is a parent corporation of Brunswick Rail Group Limited (Cyprus). Brunswick Rail Limited (Bermuda) is a parent corporation of Brunswick Rail Group Limited (Bermuda). The European Bank for Reconstruction and Development (EBRD), Macquarie Russia Infrastructure Fund (MRIF), International Financial Corporation (IFC), and Martin Andersson (Brunswick's Chairman of the Board of Directors) each own more than 10% of Brunswick Rail Limited.

Dated: January 3, 2017

ORRICK, HERRINGTON & SUTCLIFFE, LLP

_____
GABRIEL M. RAMSEY
Attorneys for Plaintiffs
OOO Brunswick Rail Management and
Brunswick Rail Group Limited