E-filing

FILED

JAN 04 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

1  GABRIEL M. RAMSEY (STATE BAR NO. 209218)
   gramsey@orrick.com
2  JACOB M. HEATH (STATE BAR NO. 238959)
   jheath@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, CA 94105
   Telephone:    +1-415-773-5700
5  Facsimile:    +1-415-773-5759

6  MICHAEL C. TU (STATE BAR NO. 186793)
   mtu@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
8  Los Angeles, CA 90017
   Telephone:    +1-213-629-2020
9  Facsimile:    +1-213-612-2433

10  Attorneys for Plaintiffs
    OOO Brunswick Rail Management and
11  Brunswick Rail Group Limited

12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA                    NC

15                         SAN JOSE DIVISION

16
    OOO BRUNSWICK RAIL MANAGEMENT,        Case No.   CV 1700017
17  a Russian limited liability company, and
    BRUNSWICK RAIL GROUP LIMITED, a       *EX PARTE* APPLICATION FOR
18  Bermuda company,                      TEMPORARY RESTRAINING ORDER,
                                          SEIZURE ORDER, EVIDENCE
19              Plaintiffs,               PRESERVATION AND EXPEDITED
                                          DISCOVERY, AND ORDER TO SHOW
20         v.                             CAUSE RE PRELIMINARY
                                          INJUNCTION
21  RICHARD SULTANOV and PAUL
    OSTLING, individuals,                 Date:
22                                        Time:
                Defendants.               Dept:
23                                        Judge:

24

25

26

27

28

EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER, SEIZURE ORDER,
EVIDENCE PRESERVATION AND EXPEDITED
DISCOVERY, AND ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION

# APPLICATION

Plaintiffs OOO Brunswick Rail Management ("BRM") and Brunswick Rail Group Limited ("BRL") (collectively "Brunswick" or "Plaintiff"), by counsel, pursuant to Federal Rule of Civil Procedure 64 & 65, the Defend Trade Secrets Act (18 U.S.C. § 1836), California's Uniform Trade Secrets Act (Cal. Civ. Code § 3246, et seq.), Cal. Bus. & Prof. Code § 17200, the common law and the All Writs Act (28 U.S.C. § 1651), respectfully move the Court for an *ex parte* temporary restraining order, seizure order, an evidence preservation order, expedited discovery order, and order to show cause why a preliminary injunction should not issue.

As discussed in Brunswick's brief in support of this Application, Brunswick requests, pursuant to the Defend Trade Secrets Act ("DTSA"), 18 U.S.C. 1836(b), for an *ex parte* order against Defendants Paul Ostling ("Ostling") and Richard Sultanov ("Sultanov") (collectively, "Defendants") for the seizure of its property containing trade secrets currently in Defendants' possession. Brunswick also moves for an evidence preservation order against Defendants, including seizure of the evidence with the assistance of the U.S. Marshals Service, under Federal Rules of Civil Procedure 64 and 65(b) and pursuant to the Court's inherent authority to ensure effective enforcement of injunctive relief and preserving evidence necessary for this action.

Defendants transmitted confidential and trade secret information to their personal email accounts and to third parties. These acts cause injury to Brunswick and serious risk of injury to Brunswick in the future. Moreover, Defendant Sultanov has refused to return his company-issued mobile phone and laptop, which also contain Brunswick trade secrets. Now, in the middle of a critical voluntary restructuring of BRM's debt, Defendants have already disclosed and will continue to disclose Brunswick's confidential and trade secret information to creditors in order to disadvantage Brunswick in its ongoing negotiations in the restructuring. Thus, the requested relief is necessary to mitigate the injury to Brunswick and contain the dissemination of sensitive information that has occurred.

As discussed in Brunswick's brief in support of this Application, *ex parte* relief is essential because if Defendants are given prior notice, Defendants would indeed delete all incriminating emails from their personal account before Gmail or Rackspace had the opportunity

1

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    to make copies of the contents of Defendants emails.  Therefore, Brunswick respectfully requests

2    that the Court grant this Application.

3       Brunswick's Application is based on: this Application; Plaintiffs' Brief In Support Of

4    This Application; the Declarations of Gabriel M. Ramsey and Elena Naumova in support of

5    Brunswick's Application and the exhibits attached thereto; the pleadings on file in this action; and

6    on such argument and evidence as may be presented at the hearing on this Application.

7       Further, Brunswick respectfully requests oral argument on this motion to be set for

8    January 4, 2017 or as soon thereafter as reasonably practicable.

9

10   Dated: January 3, 2017                 ORRICK, HERRINGTON & SUTCLIFFE, LLP

11

12                                    GABRIEL M. RAMSEY

                                    Attorneys for Plaintiffs

13                          OOO Brunswick Rail Management and

                             Brunswick Rail Group Limited

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

*EX PARTE* **APPLICATION FOR TEMPORARY
RESTRAINING ORDER, SEIZURE ORDER,
EVIDENCE PRESERVATION AND EXPEDITED
DISCOVERY, AND ORDER TO SHOW CAUSE RE
PRELIMINARY INJUNCTION**