GABRIEL M. RAMSEY (STATE BAR NO. 209218)
gramsey@orrick.com
JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

MICHAEL C. TU (STATE BAR NO. 186793)
mtu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:   +1-213-629-2020
Facsimile:   +1-213-612-2433

Attorneys for Plaintiffs
OOO Brunswick Rail Management and
Brunswick Rail Group Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OOO BRUNSWICK RAIL MANAGEMENT, a Russian limited liability company, and BRUNSWICK RAIL GROUP LIMITED, a Bermuda company,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD SULTANOV and PAUL OSTLING, individuals,<br><br>Defendants. | Case No. CV 1700017<br><br>DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, EVIDENCE PRESERVATION AND EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

I, Gabriel M. Ramsey, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), and counsel of record for Plaintiffs OOO Brunswick Rail Management and Brunswick Rail Group Limited (collectively "Brunswick"). I make this declaration in support of Brunswick's *Ex Parte* Application for Temporary Restraining Order, Seizure Order, Expedited Discovery and Order to Show Cause Re Preliminary Injunction ("Application"). I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I have researched the location of Paul Ostling. My research indicates that he is a citizen of the United States and that he resides at 1196 Smith Ridge Road, New Canaan, Connecticut, 06840 and at 706 Forest Road, Unit A, Vail, Colorado, 81657. My research indicates that he also maintains a residence at Trekhprudnyy pereulok 11/13, apartment 9, 123001 Moscow, Russian Federation.

3. I have researched the location of Richard Sultanov. My research indicates that he is a dual citizen of the United States and the Russian Federation and that he resides at Ozerkovskaya Naberezhnaya 2, building 1, apartment 135, 115184 Moscow, Russian Federation. My research indicates that he also maintains a residence at 251 Littleness Ave, Monterey, California, 93940.

4. I have researched the location of third party Google, Inc. My research indicates that Google has an agent for service of process at CSC-Lawyers Incorporating Service, 2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA 95833, and has offices at 1600 Amphitheatre Parkway, Mountain View, California 94043.

5. I have researched the location of third party Rackspace Hosting, Inc. and Rackspace US, Inc. (collectively, "Rackspace"). Rackspace has an agent for service of process at CSC-Lawyers Incorporating Service, 2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA 95833, and has offices at 620 Folsom St #100, San Francisco, CA 94107.

6. District Courts in the Ninth Circuit have previously granted *ex parte* temporary restraining orders under circumstances such as the instant case, where notice would render the

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF TRO, SEIZURE ORDER, EVIDENCE PRESERVATION, EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION

requested relief ineffective and/or preservation of evidence is a concern. I have attached three such orders here as **Exhibits 1-3**. Attached hereto as **Exhibit 1** is a true and correct copy of the *Ex Parte* Temporary Restraining Order, Seizure Order and Order to Show Cause in the matter of *Microsoft Corp. v. John Does 1-11*, No. 2:11-cv-00222, Dkt. No. 19 (W.D. Wa. Mar. 9, 2011) (Robart, J.). Attached hereto as **Exhibit 2** is a true and correct copy of the *Ex Parte* Temporary Restraining Order, and Seizure Order in the matter of *Future Motion Inc., v. Changzhou First International Trade Co.*, No. 2:16-cv-00013, Dkt. No. 11 (D. Nev. Jan. 6, 2016) (Du, M.). Attached hereto as **Exhibit 3** is a true and correct copy of the Order Granting Plaintiff's Application for a TRO, pursuant to the DTSA, in the matter of *Ice Consulting Inc. v. Jensen*, No. 16-CV-04349-EMC, Dkt. No. 19 (N.D. Cal. Aug. 5, 2016) (Chen, E.).

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed January 3, 2017 at San Francisco, California.

_____
Gabriel M. Ramsey

Orrick, Herrington & Sutcliffe LLP
Attorneys At Law
San Francisco

2   DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF TRO, SEIZURE ORDER, EVIDENCE PRESERVATION, EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION