1  GABRIEL M. RAMSEY (STATE BAR NO. 209218)
   gramsey@orrick.com
2  JACOB M. HEATH (STATE BAR NO. 238959)
   jheath@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, CA 94105
   Telephone:  +1-415-773-5700
5  Facsimile:  +1-415-773-5759

6  MICHAEL C. TU (STATE BAR NO. 186793)
   mtu@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
8  Los Angeles, CA 90017
   Telephone:  +1-213-629-2020
9  Facsimile:  +1-213-612-2433

10 Attorneys for Plaintiffs
   OOO Brunswick Rail Management and
11 Brunswick Rail Group Limited

E-filing

ADR

FILED

JAN 04 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OOO BRUNSWICK RAIL MANAGEMENT, a Russian limited liability company, and BRUNSWICK RAIL GROUP LIMITED, a Bermuda company,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD SULTANOV and PAUL OSTLING, individuals,<br><br>Defendants. | Case No. CV 1700017 NC<br><br>DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS 1-5 TO THE DECLARATION OF ELENA NAUMOVA IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, EVIDENCE PRESERVATION AND EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION<br><br>Date:<br>Time:<br>Dept:<br>Judge: |

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF GABRIEL M. RAMSEY
IN SUPPORT OF ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

I, Gabriel M. Ramsey, declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), and counsel of record for Plaintiffs OOO Brunswick Rail Management and Brunswick Rail Group Limited (collectively "Brunswick" or "Plaintiffs"). I make this declaration in support of Brunswick's Administrative Motion to File Under Seal Portions of Exhibits 1-5 Submitted With The Declaration of Elena Naumova in Support of *Ex Parte* Application For Temporary Restraining Order, Seizure Order, Evidence Preservation And Expedited Discovery, And Order To Show Cause Re Preliminary Injunction (the "Motion"). I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am informed and believe that, for reasons explained in detail in the Declaration of Elena Naumova in Support of Application for TRO, Seizure Order, Evidence Preservation, Expedited Discovery, and Order To Show Cause Re Preliminary Injunction ("Naumova Decl."), permitting Defendants to learn of these proceedings prior to execution of the temporary *ex parte* relief sought in the TRO Application will significantly impede, if not preclude, Brunswick's ability to obtain effective relief against Defendants.

3. I have reviewed Exhibits 1 through 5 of the Naumova Decl. and I am familiar with their contents. Based on my review of these exhibits and based on the facts set forth in paragraph 36 of the Naumova Decl., Exhibits 1-5 of the Naumova Decl. contain information that Plaintiffs consider to be confidential internal information, concerning private and confidential financial and compensation information, and internal details of security processes, protocols, architectures and staffing. Based on paragraph 36 of the Naumova Decl., public disclosure of such information would cause Plaintiffs harm.

4. Paragraph 36 of the Naumova Decl. establishes that portions of the documents sought to be filed under seal are sealable and that filing of the entirety of documents publicly would cause harm. Plaintiffs request that unredacted versions of Exhibits 1 through 5 be filed under seal. Plaintiffs have submitted redacted versions of these documents for public filing.

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF GABRIEL M. RAMSEY
IN SUPPORT OF ADMINISTRATIVE
MOTION TO FILE UNDER SEAL

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed January 3, 2017 at San Francisco, California.

_____
Gabriel Ramsey

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF GABRIEL M. RAMSEY
IN SUPPORT OF ADMINISTRATIVE
MOTION TO FILE UNDER SEAL