UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OOO BRUNSWICK RAIL MANAGEMENT, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>RICHARD SULTANOV, et al.,<br><br>    Defendants. | Case No. 5:17-cv-00017-EJD<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME ON MOTION FOR EXPEDITED DISCOVERY**<br><br>Re: Dkt. No. 25 |

Plaintiffs moved under Civil Local Rules 6-3 and 7-11 to shorten the time to hear Plaintiffs' motion for expedited discovery. Dkt. No. 25. The Court GRANTS Plaintiffs' motion to shorten time and orders that:

1. Defendants Richard Sultanov's and Paul Ostling's opposition to the motion for expedited discovery is due on January 18, 2017 and shall not exceed 15 pages of text (not including the table of contents or table of authorities); and

2. The hearing on Plaintiffs' motion for expedited discovery will be heard on January 20, 2017, at 10:00 A.M.

**IT IS SO ORDERED.**

Dated: January 12, 2017

_____
EDWARD J. DAVILA
United States District Judge