VENABLE LLP
Thomas E. Wallerstein* (SBN 232086)
twallerstein@venable.com
Kimberly Culp* (SBN 238839)
kculp@venable.com
Yevgeniya A. Titova* (SBN 283002)
etitova@venable.com
505 Montgomery Street, Suite No. 1400
San Francisco, CA 94111
Telephone:     (415) 653-3750
Facsimile:     (415) 653-3755

*Specially appearing for Defendants Richard Sultanov and Paul Ostling for the purposes of Responding to the Court's Order to Show Cause, opposing Plaintiffs' Motion for Expedited Discovery, and contesting Personal Jurisdiction

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| OOO BRUNSWICK RAIL MANAGEMENT, a Russian limited liability company, and BRUNSWICK RAIL GROUP LIMITED, a Bermuda company, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD SULTANOV and PAUL OSTLING, individuals, <br><br> Defendant. | Case No. 5:17-cv-00017-EJD <br><br> Hon. Edward J. Davila <br><br> **DECLARATION OF RICHARD SULTANOV** <br><br> Action Filed:   January 3, 2017 <br> Trial Date: |

**DECLARATION OF RICHARD SULTANOV**

I, Richard Sultanov, declare as follows:

1. I am a defendant in the above-captioned action. I have personal knowledge of the facts stated herein.

**REDACTED**

# REDACTED

# REDACTED

REDACTED

**REDACTED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

5
DECLARATION OF RICHARD SULTANOV

REDACTED

|   |   |
|---|---|
| 1 | **REDACTED** |
| 2 |   |
| 3 |   |
| ... |   |
| 16 |   |
| 17 | I declare under penalty of perjury under the laws of the United States of America that the |
| 18 | foregoing is true and correct. |
| 19 | Executed this 17 day of January, 2017 in Moscow, Russia. |
| 20 |   |
| 21 | *Richard Sultanov* |
| 22 | Richard Sultanov |