UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OOO BRUNSWICK RAIL MANAGEMENT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD SULTANOV, et al., <br><br> Defendants. | Case No. 5:17-cv-00017-EJD <br><br> **ORDER SETTING HEARING FOR MOTION TO DISMISS** |

At the hearing on Plaintiffs' application for a preliminary injunction on January 20, 2017, Defendants indicated that they intend to move to dismiss this action for lack of personal jurisdiction.

The Court will hold a hearing on Defendants' motion to dismiss on March 23, 2017 at 9:00 a.m in Courtroom 4, fifth floor, 280 South 1st St., San Jose, CA 95113. The parties shall file and serve briefs on the following dates:

- Defendants' motion: February 16, 2017
- Plaintiffs' opposition: March 2, 2017
- Defendants' reply: March 9, 2017

This motion to dismiss shall only address the issue of personal jurisdiction.

**IT IS SO ORDERED.**

Dated: January 23, 2017

_____
EDWARD J. DAVILA
United States District Judge